interpretation of the controlling law and did not reach the other issues
 colorably asserted. Accordingly, we
 REVERSE the order granting the motions to dismiss AND
 REMAND this matter to the district court for further proceedings
 consistent with this order.

 ,J.
 Hardest

 1#74
 Douglas

 CHERRY, J., concurring:
 For the reasons stated in the SFR Investments Pool 1, LLC v.
 U.S. Bank, N.A., 130 Nev. , 334 P.3d 408 (2014), dissent, I disagree
 that respondent First Horizon lost its lien priority by virtue of the
 homeowners association's nonjudicial foreclosure sale. I recognize,
 however, that SFR Investments is now the controlling law and, thusly,
 concur in the disposition of this appeal.

 J.

 cc: Hon. Douglas Smith, District Judge
 Maier Gutierrez Ayon, PLLC
 Akerman LLP/Las Vegas
 McCarthy & Holthus, LLP/Las Vegas
 Eighth District Court Clerk

SUPREME COURT
 OF
 NEVADA
 2
(0) 1.947A Aro>